**Docket No. 24-6150**

*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

KELLYE CROFT,

*Plaintiff-Appellant,*

v.

JAMES DOLAN, et al.,

*Defendants-Appellees.*

_____

*Appeal from a Decision of the United States District Court for the Central District of California, Los Angeles · No. 2:24-cv-00371-PA-AGR · Honorable Percy Anderson*

## INDEX VOLUME
## RECORD EXCERPTS

KEVIN MINTZER
(km@mintzerfirm.com)
LAW OFFICE OF
  KEVIN MINTZER, P.C.
1350 Broadway
Suite 1810
New York, MY 10018
(646) 843-8180

OMAR H. BENGALI
(obengali@girardbengali.com)
GIRARD BENGALI, APC
355 S Grand Avenue
Suite 2450
Los Angeles, CA 90071
(323) 302-8300

DOUGLAS H. WIGDOR
(dwigdor@wigdorlaw.com)
MEREDITH A. FIRETOG
(mfiretog@wigdorlaw.com)
WIGDOR LLP
85 5th Avenue, 5th Floor
New York, NY 10003
(212) 257-6800

*Attorneys for Appellant Kellye Croft*


COUNSEL PRESS · (213) 680-2300    PRINTED ON RECYCLED PAPER 

# TABLE OF CONTENTS

## Volume 1 of 7 – Pages 1 - 12

| Doc. No. | Description | Page |
|---|---|---|
| 82 | Judgment of Dismissal Filed September 17, 2024 | 2 |
| 81 | Court Order Filed September 17, 2024 | 4 |

## Volume 2 of 7 – Pages 13 - 148

| Doc. No. | Description | Page |
|---|---|---|
| 79 | Reply Memorandum in Support of Defendants James Dolan and JD & The Straight Shot, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) Filed August 12, 2024 | 14 |
| 78 | Reply in Support of Defendants Azoff Entities' Motion to Dismiss Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) Filed August 12, 2024 | 33 |
| 77 | Memorandum of Points and Authorities In Opposition to Dolan Defendants' Motion to Dismiss the Second Amended Complaint Filed August 8, 2024 | 45 |
|  | Declaration of Plaintiff In Support of Plaintiff's Opposition to Dolan Defendants' Motion to Dismiss Filed August 5, 2024 | 76 |
| 77-2 | Declaration of Meredith A. Firetog in Opposition To Dolan Defendants' Motion to Dismiss | 80 |
| 77-6 | [Proposed] Order Denying Dolan Defendants' Motion to Dismiss The Second Amended Complaint | 83 |
| 74 | Memorandum of Points and Authorities In Opposition To Defendants Azoff Entities' Motion to Dismiss the Second Amended Complaint Filed August 2, 2024 | 85 |
| 74-1 | Proposed Order Denying Azoff Entities' Motion to Dismiss the Second Amended Complaint | 114 |
| 69 | Notice of Motion and Motion of Defendants James Dolan and JD and The Straight Shot, LLC to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6); Memorandum of Points and Authorities | 116 |

**Volume 3 of 7 – Pages 149 – 419**

| | | | |
|---|---|---|---|
| 69-1 | Exhibit A: | Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation | 150 |
| 69-2 | Exhibit B: | Declaration of Brad Tuttle In Support of the Debtors' Amended Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim Solely with Respect to Tort Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief | 318 |
| 69-3 | Exhibit C: | Order (1) Establishing Deadlines for Filing of Proofs of Claim Solely with Respect to Tort Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief | 331 |
| 69-4 | Exhibit D: | [Proposed] Order Granting Defendants' James Dolan and JD & The Straight Shot, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 339 |
| 68 | | Defendants Azoff Entities' Notice of Motion and Motion to Dismiss Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) Filed July 22, 2024 | 345 |
| | | Memorandum of Points and Authorities in Support of Defendants Azoff Entities' Motion to Dismiss Second Amended Complaint Pursuant To Federal Rule of Civil Procedure 12(B)(6) | 347 |
| 65 | | Second Amended Complaint Seeking Damages Filed July 8, 2024 | 367 |
| 63 | | In Chambers – Court Order Filed June 21, 2024 | 408 |

**Volume 4 of 7 – Pages 420 – 611**

| | | |
|---|---|---|
| 58 | Reply Memorandum in Support of Defendants James Dolan and JD & The Straight Shot, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) Filed May 20, 2024 | 421 |

|    |    |    |
|----|----|----|
|    | Exhibit A: | Declaration of Brad Tuttle in Support of the Debtors' Amended Motion For Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim Solely with Respect to Tort Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief ... 440 |
|    | Exhibit B: | Debtors' Amended Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim Solely with Respect to Tort Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief ... 453 |
|    | Exhibit C: | Order (I) Establishing Deadlines for Filing Proofs of Claim Solely with Respect to Tort Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief ... 460 |
| 57 | Reply in Support of Defendants Azoff Entities' Motion to Dismiss Amended Complaint Pursuant to Federal Rule Of Civil Procedure 12(b)(6) Filed May 20, 2024 ... 468 |
| 56 | Memorandum of Points and Authorities in Opposition to Dolan Defendants' Motion To Dismiss Filed May 13, 2024 ... 484 |
| 56-1 | Declaration of Plaintiff in Support of Plaintiff's Opposition to Dolan Defendants' Motion to Dismiss ... 515 |
| 56-2 | Declaration of Meredith A. Firetog In Opposition to the Dolan Defendants' Motion To Dismiss ... 519 |
|    | Exhibit A: New York Post publication ... 523 |
|    | Exhibit B: Verification of Publication ... 530 |
|    | Exhibit C: Verification of Publication ... 537 |
| 59-6 | Proposed Order Denying Dolan Defendants' Motion to Dismiss ... 544 |
| 55 | Memorandum of Points and Authorities in Opposition to Defendants Azoff Entities' Motion to Dismiss Filed May 13, 2024 ... 547 |
| 55-1 | Proposed Order Denying Defendants Azoff Entities Motion to Dismiss ... 577 |
| 52 | Notice of Motion and Motion of Defendants James Dolan and JD & The Straight Shot, LLC to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6); Memorandum of Points and Authorities Filed April 24, 2024 ... 580 |

3

**Volume 5 of 7 – Pages 612 – 848**

| | | |
|---|---|---|
| 52-1 | Exhibit A: Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation | 613 |
| 52-2 | [Proposed] Order Granting Defendants James Dolan and JD & The Straight Shot, LLC's Notice of Motion and Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 781 |
| 51 | Defendants Azoff Entities' Notice of Motion and Motion to Dismiss Pursuant to Federal Rule ff Civil Procedure 12(b)(6) Filed April 24, 2024 | 786 |
| | Memorandum of Points and Authorities in Support of Defendants Azoff Entities' Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 788 |
| 51-1 | [Proposed] Order Granting Azoff Entities' Motion to Dismiss Amended Complaint | 809 |
| 48 | Amended Complaint Seeking Damages Filed April 10, 2024 | 811 |

**Volume 6 of 7 – Pages 849 – 1077**

| | | |
|---|---|---|
| 47 | Notice of Motion and Motion of Defendants James Dolan and JD & The Straight Shot, LLC to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6); Memorandum of Points and Authorities Filed March 25, 2024 | 850 |
| | Exhibit A: Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation | 883 |
| 47-2 | [Proposed] Order Granting Defendants James Dolan and JD & The Straight Shot, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 1051 |
| 44 | Defendant Azoff Entities' Notice of Motion and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) Filed March 25, 2024 | 1056 |
| | Memorandum of Points and Authorities in Support of Defendants Azoff Entities' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) | 1058 |
| 44-1 | [Proposed] Order Granting Azoff Entities' Motion to Dismiss | 1076 |

**Volume 7 of 7 – Pages 1078 – 1206**

| | | | |
|---|---|---|---|
| 43 | Declaration of Catalina Vergara in Support of Defendants' Azoff Entities' Motion for Sanctions Under Rule 11 Filed March 24, 2024 | | 1079 |
| 43-2 | Exhibit 1: | Preliminary Statement | 1083 |
| | Exhibit 2: | Correspondence from O'Melveny re: Draft Complaint by Kellye Croft | 1108 |
| | Exhibit 3: | Preliminary Statement | 1114 |
| | Exhibit 4: | Correspondence from Kevin Mintzer re: Croft v. Dolan | 1149 |
| 1 | Complaint Seeking Damages Filed January 16, 2024 | | 1155 |
| 83 | Notice of Appeal and Representation Statement Filed October 7, 2024 | | 1186 |
| Civil Docket Sheet – United States District Court – Central District of California (Western Division – Los Angeles) | | | 1194 |