# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-6150

**Case Name** Croft v. Dolan

**Hearing Location** (*city*) Pasadena

**Your Name** Daniel Petrocelli

List the sitting dates for the two sitting months you were asked to review:

October 6-10 and 20-24
November 3-7 and 17-21

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 6-7 (First chairing a trial in the Central District of California)
November 17-21 (First chairing a trial in the Central District of California)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Daniel Petrocelli    **Date** 06/02/2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                     *New 12/01/2018*